958

No. 466, Misc.   MAHI v. HEINZE, WARDEN.   Supreme Court of California.   Certiorari denied.   Petitioner *pro se.*   *Stanley Mosk,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Edsel W. Haws,* Deputy Attorney General, for respondent.

No. 548, Misc.   FREEMAN v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller* and *Philip R. Monahan* for the United States.

No. 564, Misc.   REVAZQUEZ v. HERITAGE, WARDEN.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Isabel L. Blair* for respondent.

No. 606, Misc.   IRBY v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 616, Misc.   LINGO v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 626, Misc.   PALMA v. IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for respondent.